UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY TICER,<br><br>         Plaintiff,<br><br>    vs.<br><br>OJEDA, et al.,<br><br>         Defendants. | 1:20-cv-01202-ADA-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br><br>**(ECF No. 17.)**<br><br>**ORDER DISMISSING CASE, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

Timothy Ticer ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA"), 42 U.S.C. § 2000cc-1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 23, 2022, findings and recommendations were entered, recommending that this case be dismissed, with prejudice, based on plaintiff's failure to state a claim upon which relief may be granted under § 1983. (ECF No. 17.) Plaintiff was granted 14 days in which to file objections to the findings and recommendations. (*Id.*) The 14-day time period expired, and Plaintiff did not file any objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued by the magistrate judge on November 23, 2022, are adopted in full;
2. This action is dismissed, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   April 6, 2023

_____
UNITED STATES DISTRICT JUDGE